# Notice of Appearance

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Zach Deepey, | ) | Case No. Case No. 1-24-45054-jmm |
| | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Zach Deepey (the "Debtor") with respect to the above-captioned bankruptcy case (the "Bankruptcy Case"), and pursuant to Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given and all papers served or required to be served in the Bankruptcy Case be given to and served upon:

MICHEL LAW GROUP PLLC

Fabrice K. Michel, Esq.

30-10 41st Avenue, Suite 204
Queens, NY 11105

Phone: (347) 588-7668

Fax: (646) 736-4637

Fmichel@michel-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that filing of this Notice of Appearance and Request for Notices shall not be deemed or construed to constitute a waiver of any substantive or procedural right of Zach Deepey including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the Eastern District (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Zach Deepey is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Zach Deepey expressly state otherwise, Zach Deepey does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: December 16, 2024
       Queens, New York

                                   **MICHEL LAW GROUP PLLC**

By: _____
               Fabrice K. Michel, Esq.
               ***Attorneys for the Debtor***
               30-10 41st Avenue, Suite 204
               Queens, New York 11101
               fmichel@michel-law.com
               (347) 588-7668